IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR.No. CR 06 88 ML |
| vs. ) | In violation of 18 U.S.C. § 922(g)(1) |
| JESUS WILSON ) | |

INDICTMENT

The Grand Jury charges that:

COUNT I

On or about May 28, 2006, in the District of Rhode Island, the defendant JESUS WILSON, having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting commerce, a firearm: a Ruger .22 caliber handgun, serial number 211-05536.

In violation of 18 U.S.C. § 922(g)(1).

~~A~~ TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
United States Attorney

Zechariah Chafee
ZECHARIAH CHAFEE
Assistant U.S. Attorney

Gerard B. Sullivan
GERARD B. SULLIVAN
~~First~~ Assistant U.S. Attorney

Dated: July 19, 2006